UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTOUR ARISTAKESIAN,<br><br>        Petitioner,<br><br>   v.<br><br>K. HOLLAND,<br><br>        Respondent. | No. 2:17-cv-0315 JAM CKD P<br><br><br><br>ORDER |

Petitioner has filed a request to proceed in forma pauperis on appeal. Good cause appearing, IT IS HEREBY ORDERED that plaintiff's request (ECF No. 12) is granted.

Dated: June 21, 2017

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
aris0315.101b